Herman Isaacs v. Terry & Tench Company.— Application granted. Order signed.

Frank W. Wilson v. Mary Ewald, as Executrix. Henry Heuer v. Hy. B. Sire. Samuel Fleischman v. Morris Mengis. Jacob Granit v. Samuel Sherlip. Gilbert R. Hawes v. Edward D. Berkholz. New York Mail Company v. Adrian H. Joline and Another.— Applications for leave to appeal to Appellate Division denied, with ten dollars costs in each case. Orders signed.

Samuel Fleischman v. Morris Mengis.— Stay vacated, with ten dollars costs. Order signed.

Anna M. Margetson v. Adrian H. Joline and Another.— Motion denied, with ten dollars costs.

Henry Hart v. A. L. Clarke & Company.— Motion denied, with ten dollars costs.

Mexico Onyx Company v. David J. Kelly.— Motion denied, with ten dollars costs.

William Wilson v. New York Contracting Company.— Motion denied, with ten dollars costs.

Josephine Strauss v. Margaret Thoman (2 cases).— Motions denied, with ten dollars costs.

Morris Gelof v. Julius Morgenroth.— Reargument denied; leave to appeal to Court of Appeals granted.

Rutherfurd Realty Company v. Willet F. Cook.— Motion denied, with ten dollars costs.

Aaron Nikop v. Adolph Kellerman.— Motion denied, with ten dollars costs.

Godfrey Goldmark v. U. S. Electro-Galvanizing Company.— Motion denied, with ten dollars costs.

Richard V. Mattison v. Agnes G. Mattison. Charles F. Wainwright, Appellant (2 cases).— Motions denied, with ten dollars costs in each case.

Edward P. Floyd-Jones v. Esther Schaan.— Motion granted.

George Ebbit v. Edward F. Milliken.— Motion denied, with ten dollars costs.

William H. McCord v. Thompson-Starrett Company.— Motion denied, with ten dollars costs.

Antonio Leo v. Delaware, Lackawanna and Western Railway Company (2 cases).— Motions denied, with ten dollars costs in each case.